**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JOSEPH P. FRANKENBERRY, | : | No. 342 WAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DR. MARSH, SUPERINTENDENT AT S.C.I. | : | |
| BENNER; AND THE ATTORNEY | : | |
| GENERAL OF PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.